# United States District Court
# For The Western District of North Carolina
# Asheville Division

DEBORAH V. SPEARS,

        Plaintiff,                    JUDGMENT IN A CIVIL CASE

vs.                                      1:11-cv-00214-MR-DCK

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

        Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/07/2012 Order of Remand.

                                                Signed: November 7, 2012

                                                Frank G. Johns, Clerk
                                                United States District Court