# United States District Court
# For The Western District of North Carolina
# Asheville Division

DEBORAH V. SPEARS,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

    Defendant.

JUDGMENT IN A CIVIL CASE

1:11-cv-00214-MR-DCK

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/07/2012 Order of Remand.

Signed: November 7, 2012

Frank G. Johns, Clerk
United States District Court